No: 24-3236

Jay Ashcroft, in his official capacity as Secretary of State for the State of Missouri, et al.

Appellants

v.

Joseph P. Biden, in his official capacity as President of the United States, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01062-SEP)
(4:24-cv-01063-SEP)

---

**ORDER**

Appellants' motion for a Temporary Administrative Injunction is hereby denied.

November 04, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik