# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3236

Jay Ashcroft, in his official capacity as Secretary of State for the State of Missouri, et al.

Appellants

v.

Joseph P. Biden, in his official capacity as President of the United States, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01062-SEP)
(4:24-cv-01063-SEP)
_____

**ORDER**

The motion for an injunction pending appeal is denied. Judge Loken would grant the motion.

November 19, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik