# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| JAY ASHCROFT, *et al.*, | ) |
| | ) |
|     Plaintiffs-Appellants, | ) |
| | ) |
| vs. | ) Case No. 24-3236 |
| | ) |
| JOSEPH BIDEN, *et al.*, | ) |
| | ) |
|     Defendant-Appellees. | ) |

## UNOPPOSED, JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs-Appellants Secretary of State Jay Ashcroft of Missouri, Secretary of State John Thurston of Arkansas, McDonald County Clerk Kimberly Bell, and St. Charles County Election Director Kurt Bahr, and the State of Missouri ex rel. Attorney General Andrew Bailey, for their joint motion to stay proceedings, state as follows:

1. Appellants' opening brief is currently due on January 27, 2025.

2. This case involves an executive order signed by President Biden and carried out under his administration. Appellants anticipate that the new administration will operate differently in relation to Executive Order 14019.

3. Further, a new United States Attorney General will be confirmed soon, and Appellants anticipate that Appellees' strategy and defense may be different under a new Attorney General.

4. In order to avoid the possibility of unnecessary, unhelpful briefing and to most efficiently use judicial resources, the parties believe that a stay of the proceedings is appropriate until the new administration and Attorney General, and the new Secretary of State, have a chance to weigh in on the matter.

5. The parties believe a stay of 30 days would be appropriate.

6. Counsel for the Appellants has conferred with counsel for the Appellees, who do not oppose the granting of this motion.

WHEREFORE, Appellants, with the consent of Appellees, request that this case be stayed for 30 days while a new administration is implemented.

Respectfully submitted this 17th day of January, 2025.


*/s/ Mark F. (Thor) Hearne, II*
MARK F. (THOR) HEARNE, II
*True North Law, LLC*
112 S. Hanley Road, Suite 200
St. Louis, Missouri 63105
(314) 296-4000
thor@truenorthlawgroup.com

Attorney of Record for Jay Ashcroft,
John Thurston, Kimberly Bell, and Kurt Bahr

**ANDREW BAILEY**
Attorney General

*/s/ Jeremiah Morgan*
Jeremiah Morgan, Bar No. 50387
Deputy Attorney General - Civil
Missouri Attorney General's Office
207 W. High St.
Jefferson City, MO 65101
573-291-1483
Jeremiah.Morgan@ago.mo.gov

**ANDREW BAILEY**
Attorney General

*/s/ D. Scott Lucy*
D. Scott Lucy, Bar No. 67396
Assistant Attorney General
Missouri Attorney General's Office
815 Olive St., Suite 200
St. Louis, MO 63101
314.340.4753
Scott.Lucy@ago.mo.gov

Attorney of Record for the State of Missouri

## Certificate of Service

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 17th day of January, 2025, using the Court's online filing system.

　　　　　　　　　　　　　　　　*/s/ Mark F. (Thor) Hearne II*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Motion complies with the type-volume requirements of FED. R. APP. P. 27(d)(2)(A) because it contains 240 words, excluding the caption, signature block, Certificate of Service, and this Certificate of Compliance. I further certify that the foregoing Motion complies with the typeface and type-style requirements of FED. R. APP. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in fourteen (14) point Times New Roman font. I further certify that the electronic version of this Motion filed with the Court complies with this Court's Local Rule 25A because it has been submitted in Portable Document Format (PDF), which was generated by printing to PDF from the original word processing file so that the electronic version may be searched and copied.

*/s/ Mark F. (Thor) Hearne, II*